VILLAGE OF RIDGEWOOD, RESPONDENT, v. EDWARD HOPPER, INSPECTOR, ETC., ET AL., APPELLANTS.

Submitted February 14, 1936—Decided May 14, 1936.

For the respondent, *Thomas L. Zimmerman, Jr.*

For the appellants, *Mackay & Mackay.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.  10.

*For reversal*—None.